**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6

## UNITED STATES  DISTRICT COURT

7

### Northern District of California

8

### San Francisco Division

9

10  DFSB KOLLECTIVE CO. LTD., et al.,
        Plaintiffs,                                    No. C 11-1050 SC

11              v.                                      **ORDER RE: TELEPHONIC**
    MICHAEL JENPOO, et al.,                            **MEDIATION**

12        Defendants.
    _____/

13                                                     Date:            April 4, 2012
                                                       Evaluator:       Stephen Sulmeyer

14

15

16          IT IS HEREBY ORDERED that the parties' joint request to conduct the April 4, 2012

17  mediation telephonically is GRANTED.

18          IT IS SO ORDERED.

19

20  March 15, 2012                        By:

21  Dated                                          United States Magistrate Judge
                                                   Judge Donna M. Judge

22

23

24

25

26

27

28