1    J. Andrew Coombs (SBN 123881)
     *andy@coombspc.com*
2    Nicole L. Drey (SBN 250235)
     *nicole@coombspc.com*
3    J. Andrew Coombs, A Prof. Corp.
     517 East Wilson Avenue, Suite 202
4    Glendale, California 91206
     Telephone:  (818) 500-3200
5    Facsimile:   (818) 500-3201

6    Attorneys for Plaintiffs DFSB
     Kollective Co. Ltd., in conjunction with
7    Nega Network, Cub Music, Oh! Records,
     Jungle Entertainment, Foundation Records,
8    Woolim Entertainment, Aftermoon Music
     Entertainment, Inc., Dada Music, Electric
9    Muse, 55am Net, BooHwal Entertainment,
     Dae Hyun Kim d/b/a Dr. Gimmm, and
10   Paragon Music Corp.

11   Yanwei Xiao
     *yanweix@hotmail.com*
12   316  King Street North Unit 903
     Waterloo, Ontario N2J 2Z2
13   Canada
     Telephone:     (519) 722-1024
14
     Defendant, *in pro se*
15

16                      UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

18   _____
                                      )
19   DFSB Kollective Co. Ltd., Nega Network, Cub  )   Case No. CV11-1050 SC
     Music, Oh ! Records, Jungle Entertainment,   )
20   Foundation Records, Woolim Entertainment,    )   [PROPOSED] CONSENT DECREE AND
     Aftermoon Music Entertainment, Inc., Dada    )   PERMANENT  INJUNCTION
21   Music, Electric Muse, 55am Net, BooHwal      )
     Entertainment, Dae Hyun Kim d/b/a Dr.        )
22   Gimmm, and Paragon Music Corp.,              )
                                                  )
23                            Plaintiffs,         )
                                                  )
24           v.                                   )
                                                  )
25   Michael Jenpoo a/k/a Mike Jenpoo, an individual )
     and d/b/a jenpoo.com; Yanwei Xiao, an        )
26   individual and d/b/a jenpoo.com, and Does 1  )
     through 10, inclusive,                       )
27                                                )
                              Defendants.         )
28   _____)

DFSB, et al. v. Jenpoo, et al.: [Proposed] Consent Decree        - 1 -

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Nega Network, Cub Music, Oh! Records, Jungle Entertainment, Foundation Records, Woolim Entertainment, Aftermoon Music Entertainment, Inc., Dada Music, Electric Muse, 55am Net, BooHwal Entertainment, Dae Hyun Kim d/b/a Dr. Gimmm, and Paragon Music Corp. (collectively the "DFSB Plaintiffs") and Defendant Yanwei Xiao, an individual and d/b/a jenpoo.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendant.

2) The DFSB Plaintiffs are the respective owners of all rights in and to certain copyright registrations, including, but not limited to, the copyrights which are the subject of the registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively referred to herein as the "DFSB Plaintiffs' Works").

3) The DFSB Plaintiffs have alleged that Defendant has made unauthorized uses of the DFSB Plaintiffs' Works and/or materially contributed to the infringement of the DFSB Plaintiffs' Works by others and/or induced the infringement of the DFSB Plaintiffs' Works by others.

4) The Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

   a) Infringing the DFSB Plaintiffs' Works, either directly or secondarily, in any manner, including generally;

   b) Copying, reproducing, distributing, advertising, publicly performing, and/or publicly displaying the DFSB Plaintiffs' Works, without authorization from the DFSB Plaintiffs, specifically including, but not limited to:

    i)      Posting images of any album cover art from any of the DFSB Plaintiffs' Works on any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms;

    ii)     Uploading any of the DFSB Plaintiffs' Works to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms;

    iii)    Streaming any of the DFSB Plaintiffs' Works on any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms; and

    iv)    Offering for download any of the DFSB Plaintiffs' Works on any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms;

c)    Contributing to, assisting, aiding, abetting, or facilitating the copying, reproduction, distribution, advertisement, public performance, and/or public display of the DFSB Plaintiffs' Works, specifically including, but not limited to:

    i)      Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for download;

    ii)     Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for streaming; and

    iii)    Providing instructions and/or answering questions on how to find, download, and/or stream unauthorized copies of the DFSB Plaintiffs' Works;

d)      Inducing the copying, reproduction, distribution, advertisement, public performance, and/or public display of the DFSB Plaintiffs' Works, specifically including, but not limited to:

    i)      Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for download;

    ii)      Compiling, organizing, and/or posting links to any website(s), forum(s), blog(s), social networking platform(s), video site(s), online storage locker(s), or any other online platforms which offer unauthorized copies of the DFSB Plaintiffs' Works for streaming;

    iii)      Providing instructions and/or answering questions on how to find, download, and/or stream unauthorized copies of the DFSB Plaintiffs' Works; and

    iv)      Encouraging, enticing, persuading, and/or intending any third-parties to engage in any form of infringement of the DFSB Plaintiffs' Works, including those other acts proscribed herein.

5)      Each side shall bear its own fees and costs of suit.

6)      Except as provided herein, all claims alleged in the Complaint against Defendant are dismissed with prejudice.

7)      All claims alleged in the Complaint against co-Defendant Michael Jenpoo a/k/a Mike Jenpoo, an individual and d/b/a jenpoo.com, are dismissed without prejudice.

8)      This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)      The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

SC

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11) The above-captioned action, shall, upon filing by the DFSB Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and [Proposed] Final Judgment, and requesting entry of judgment against Defendants, be reopened should Defendant default under the terms of the Settlement Agreement.

12) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:   5/25/12

Hon. ~~~~
Judge ~~ IT IS SO ORDERED ~~ Court
for the ~~~~ alifornia

Judge Samuel Conti

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By:  /s/ Nicole L. Drey
         J. Andrew Coombs
         Nicole L. Drey
Attorneys for Plaintiffs DFSB Kollective Co. Ltd.,
in conjunction with Nega Network, Cub Music, Oh!
Records, Jungle Entertainment, Foundation
Records, Woolim Entertainment, Aftermoon Music
Entertainment, Inc., Dada Music, Electric Muse,
55am Net, BooHwal Entertainment, Dae Hyun Kim
d/b/a Dr. Gimmm, and Paragon Music Corp.

Yanwei Xiao, an individual and d/b/a jenpoo.com

By:  ⎰⎰⎰⎰⎰⎰⎰
       Yanwei Xiao, an individual and d/b/a
       jenpoo.com
Defendant, *in pro se*

**EXHIBIT A**

**THE DFSB PLAINTIFFS' WORKS**

| Performer | Track | Album | Registration Number | Copyright Claimant |
|---|---|---|---|---|
| BooHwal | [Seug Gak Eeh Na] Remembering | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Tto Da Si Sa Rang Eeh] Again Love Again | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | OZ | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Uh Jae] Yesterday | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Seul Peun Sa Seum] Sad Dear | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| BooHwal | [Heuk Baek Young Hwah] Black & White Movie | 25th Anniversary: Retrospect (Vol.1) | PA 1-673-477 | BooHwal Entertainment |
| Brown Eyed Girls | Second | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Da Ga Wa Suh] Came | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | FarAway (feat. MC Mong) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Kkeun] String | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Everybody (feat. Bog Tone) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [It Uh Ga Ja Na] Forgetting | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Oh Neul Eun Geu Dae Wa Ha Neul We Ro] Fly Up with You Today (feat. Bobby Kim) | Your Story | PA 1-674-067 | Nega Network |

| Brown Eyed Girls | [Nun Noo Goor Sa Rang Ha Ni?] Who Do You Love? | Your Story | PA 1-674-067 | Nega Network |
|---|---|---|---|---|
| Brown Eyed Girls | 1.2.3.4 | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Hon Jat Mar] Monologue | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Ni Ga Oh Neun Nar] Your Day of Arrival | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Watch Out | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Moot Ji Mot Han Eeh Ya Gi] Unheard Story | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Eeh Jae Ya Bi Ro Suh Sa Rang Eul Mar Har Soo It Da] Finally I Can Talk About Love | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Timing | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Hold the Line (feat. Cho PD) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Second (Rock Remix Version) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Second (Hip-Hop Remix Version) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Hold the Line (Instrumental) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Second (Instrumental) | Your Story | PA 1-674-067 | Nega Network |
| Cocore | [Yoo Chae Eeh Tar) Out of Body Experience | Relax | PA 1-673-408 | Cub Music |
| Cocore | [Bet Nor Eeh Ta Ryung] Boating Folk Song | Relax | PA 1-673-408 | Cub Music |
| Cocore | [Hae Ya] Dear Sun | Relax | PA 1-673-408 | Cub Music |
| Cocore | [Hwang Keum Yeon Mot) Golden Pond | Relax | PA 1-673-408 | Cub Music |
| Cocore | [Sa Rang Eun Hwang Hor Kyung) Ecstatic Love | Relax | PA 1-673-408 | Cub Music |
| Cocore | Move Yo Ass | Relax | PA 1-673-408 | Cub Music |
| Cocore | Here Comes the Wave | Relax | PA 1-673-408 | Cub Music |

| Cocore | Permanent Vacation | Relax | PA 1-673-408 | Cub Music |
|--------|--------------------|-------|--------------|-----------|
| Cocore | [Taipei Moo Joong Ryuk Ji Ha Chur Teuk Geup) Taipei Zero Gravity Subway Express | Relax | PA 1-673-408 | Cub Music |
| Cocore | Hawaii | Relax | PA 1-673-408 | Cub Music |
| Cocore | Listen-Repeat | Relax | PA 1-673-408 | Cub Music |
| Cocore | [Joo Ki Do Moon) The Lord's Prayer | Relax | PA 1-673-408 | Cub Music |
| Cocore | [Kweeh Hyang) Returning Home | Relax | PA 1-673-408 | Cub Music |
| Cocore | Hidden Track | Relax | PA 1-673-408 | Cub Music |
| Demicat | Swingin' with a Cat | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Walkin' on the Moist Note | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Strange Romance | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | After Long Night | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Glow Enclosure | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Last Train (At Last 12 Remix) | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Bumpin' with a Cat | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Chemical Thang (feat. Taewan) | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Finicky Billie's Funk | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | No Botherings (feat. Choi Guembi) | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Night and Day | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Chasin' Traces | Acceptable Range | PA 1-673-393 | Oh! Records |
| Demicat | Strange Romance (Radio Edit) | Acceptable Range | PA 1-673-393 | Oh! Records |
| Dok2 | I'm Back | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | You Don't Know | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | It's Me (feat. Joo Young) | Thunderground | PA 1-673-478 | Woolim Entertainment |

| | | | | |
|---|---|---|---|---|
| Dok2 | Beyond | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | [Hoom Chuh] Rob It (feat. Double K) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | 64% (feat. Beatbox DG) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | [Ma Ji Mak] Last (feat. Mr.Gordo) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dok2 | It's Me (feat. Epik High & MYK) | Thunderground | PA 1-673-478 | Woolim Entertainment |
| Dr. Gimmm | Utopia | Seventeen | PA 1-674-072 | Dae Hyun Kim, dba Dr. Gimmm |
| Dr. Gimmm | [Man 17 Sae] Seventeen | Seventeen | PA 1-674-072 | Dae Hyun Kim, dba Dr. Gimmm |
| Dr. Gimmm | Heaven | Seventeen | PA 1-674-072 | Dae Hyun Kim, dba Dr. Gimmm |
| Drunken Tiger | Sky Is the Limit | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Dor Yun Byun Ee] Mutation | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Boohwal Keun Tiger] Rebirth of the Big Tiger | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [TV Sok Na] Me in the TV | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Mae Il Bam] Every Night 01 | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Joo Jung] Drunken Ramblings | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Mae Il Bam] Every Night 02 | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Nae Ga Shil Ta] I Hate Myself (feat. Yoonmirae) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Skit 01 ([8 Bun Jjae Ggok Eej Kkeut Na G0] After 8 Track) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Death of a Salesman | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Tae Uh Na Da Shi Tae Uh Na Do] Born Again After Birth (feat. Ann) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |

| | | | | |
|---|---|---|---|---|
| Drunken Tiger | Skit 02 (Boor Pil Yo Han Chin Jur Ham] Over Friendly) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Hollywood | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [San Su] Mountain Water | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Die Legend_feat. Double K, Dok2 | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Skit 03 ([Yok Jaeng Eeh] Slanderer) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Jam Skhool (U Need To Learn Tho) [feat. Bizzy & TEBY] | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | 8_45HEAVEN | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Haeng Bok Eu Jo Gun] ([Hee Man Seung II]) The Terms Of Happiness | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | (Hopeful Seung-II) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Tiger JK Says | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Feel Good Music | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Jet Pack (Korean Version) [feat. Sef Cobane & Bizzy] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Magic (Il Duh Ha Gi Il Eun Saet, Door, Hana 1+1+3,2,1) [feat. Ann] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Chook Ha Hae] Welcome to the World, Lil' Homie (feat. Jordan) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Don't Cry (feat. Jinbo) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Soot Ja Nor Eeh] The Numbers Game | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |

| | | | | |
|---|---|---|---|---|
| Drunken Tiger | [Eum Ak Eh Mi Chin Loptimist Nuen Oh Neul Do Bam Eul Sae Wuh] Ma Man, I Just Killed the Track [Skit] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | True Romance (feat. Yoonmirae aka Tasha) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | (Do Do Do Wop Ba B...y Supestar) [feat. Jungshin & Sun] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [6 Bun Joor Up Neun Tong Gi Ta] The Sixth String (Memories of a Broken Guitar) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Superfine ([Bi Kyuh Ra] Get Out the Way) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Hip Hop Ganji Nam] Hip-Hop Hero (If I wasn't I Would Say I Am) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Question (feat.Ann) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Monster (Korean Version) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Jook Ki Juhn Eh Jook Ji Ahn Ah) What U Want (feat. Bizzy & Palo Alto) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Rebel Music | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Nae Noon Eul Chuh Da Ba] I_m a Window Shopper (feat. Bizzy, YDG & Jungin) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Ju Pa Su] Frequency (feat. Fana) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Freaky Deaky Superstar (feat. Jungshin & Sun) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |

| | | | | |
|---|---|---|---|---|
| Drunken Tiger | [Bi Byuh Dae] Addictive Diction Friction (feat...Alto, YANGGANG, lkyne & SAMA D) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Die Legend 2 (feat. Dynamic Duo & DOK2) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Jet Pack (English version) [feat. Stylistic Jones, Zeebra & Sef Cobane] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Rest in Peace (Question) [feat. Ann] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Three Kingz (feat. Roscoe Umali & Stylistic Jones) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Jjak Pae] The Chief Rockers (feat. Palo Alto) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Suh Luh Woon Oor Woom So Ri] Where we From (feat… Bizzy, Palo Alto, Double K & DOK2] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Monster (English Version0 [feat. Raki…a, Roscoe Umall & Yoonmirae] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| EE [Total Art] | EEntro | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | [Noon Ko Ip Gweeh] Eyes, Nose, Mouth, Ears | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Gayo | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | [Gi Uk Sok Eu High Color] High Coller | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Same Same | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Boy | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Xasquatch | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |

| | | | | |
|---|---|---|---|---|
| EE [Total Art] | Mamie | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | 2:22:22 | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Curiosity Kills (Original Version) | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Monkey Defense (Original Version) | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Curiosity Kills (Reno Remix) | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Monkey Defense (UJNRemix) | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| EE [Total Art] | Quit | Imperfect, I'mperfect | PA 1-667-853 | Foundation Records |
| Epik High | Oceans. Sand. Trees | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Slow Motion | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Sun Moor] Gift (feat. Park Ji Yoon) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | No More Christmas | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Maze (feat. Dumbfounded & MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Tong Gi Ta] The Guitar Man (Skit) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Trot | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Emologue | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Excuses (feat. MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Moonwalker | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Breathe (Mithra's Word) [feat. Han HeeJung] | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Happy Birthday to Me (feat. Ha DongGyoon) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Heaven (feat. MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Owls. Shadows. Tears | [e]nergy | PA 1-673-508 | Woolim Entertainment |

| | | | | |
|---|---|---|---|---|
| Epik High | Slow [e]Motion (Planet Shiver Remix) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Orchestras. Spotlights. Turntables (feat. MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Still Here (feat. Dok2) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Sensitive Thug (Skit) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Tta Ra Hae] Wannabe (feat. Mellow) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Rocksteady (feat. Kero One, Dumbfoundead, MYK & Rakaa of Dilated Peoples) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Madonna (feat. Mellow) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Maloman | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Shopaholic | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Supreme 100 | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | High Technology | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Rocksteady (Korean Version) [feat. Paloalto, Dok2, Beatbox DG & Beenzino] | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | High Skool Dropout ([Ban Hang Ha Ji Ma] Great Teacher Mithra) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Hyoong] Ziggy Zaggy (feat. MYK, YDG & Dok2) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Lesson 4 (Tablo's Word) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Organs. Screams. Televisions | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Believe | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Cipher (feal. Beatbox DG) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Map the Soul (feal. | Map The Soul | PA 1-673-397 | Woolim |

| | | | | |
|---|---|---|---|---|
| | | MYK) | | Entertainment |
| Epik High | Customer Service (Skit) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Top Gun | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Scenario ([Pi Hae Mang Sang] Paranoia Pt. 29 [feal. MYK] | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | London | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Free Music (feat. Tablo & MYK) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Map the Soul (Worldwide Version) [feat. Tablo, MYK & Kero One] | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | 8 by 8, Pt. 2 (feat. MYK, Minos, Paloalto, The Quiett, Verbal Jint, Kebee, E-Sens & Simon Dominic) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Fly Higher (feat. DH Style) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Love Love Loveless (feat. Yoongjin of Casker) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Breakdown the Wall | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | [Buh Ryuh Jin Woo San] Broken Umbrella (feat. Lisa) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | [1 Boon 1 Cho] One Minute One Second, A Little Memory (feat. Taru) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Fanatic | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Back to the Future (feat. Yankie) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | You Are the One (feat. Horan of Clazziquai) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | High Skool Dropout | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |

| Epik High | Remap the Soul (feat. MYK) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
|---|---|---|---|---|
| Epik High | [Suh Rap] Shelves | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Run | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Ba Bo] Fool (feat. Bumkey) | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Wordkill | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Blossom | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Bi Neul] Skin (feat. Yankie) | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Jap Eum] Distorted | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Coffee (feat. SungAh) | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | Over | Epilogue | PA 1-673-425 | Woolim Entertainment |
| Epik High | [Soop] Roots | Epilogue | PA 1-673-425 | Woolim Entertainment |
| House Rulez | Cheers! | Cheers! | PA 1-673-484 | Aftermoon Music Entertainment Inc. |
| House Rulez | After Party | Cheers! | PA 1-673-484 | Aftermoon Music Entertainment Inc. |
| House Rulez | Cheers! (Seoro's Late night Dream Remix) | Cheers! | PA 1-673-484 | Aftermoon Music Entertainment Inc. |
| House Rulez | Cheers! (Instrumental) | Cheers! | PA 1-673-484 | Aftermoon Music Entertainment Inc. |
| House Rulez | After Party (Instrumental) | Cheers! | PA 1-673-484 | Aftermoon Music Entertainment Inc. |
| House Rulez | Pool Party (feat. Sapphire & Yoon Gia) | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Beach Love (feat. Enne) | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Music (feat. Yoon Gia) | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Afternoon Corea | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Summer Breeze 2009 (feat. Park JungAh) | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |

| | | | | |
|---|---|---|---|---|
| House Rulez | Maldives | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Paradise Resort | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Pool Party (Instrumental) | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Music (Instrumental) | Pool Party | PA 1-673-474 | Aftermoon Music Entertainment Inc. |
| House Rulez | Dee | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | [Gyuh Oor Eeh Ya Gi] Winter Story | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | Happy 2010 | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | [Gyuh Oor Eeh Ya Gi] Winter Story (Sax Version) | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| House Rulez | Sherbet | Winter 2010 | PA 1-673-475 | Aftermoon Music Entertainment Inc. |
| iNoo | [Ooh Moor Ahn Gae Goo Ri] Frog in the Well | iN'oohwa | PA 1-673-422 | Dada Music |
| iNoo | [Na Bi Leul Sa Rang Han Sae] Bird Loving Butterfly | iN'oohwa | PA 1-673-422 | Dada Music |
| iNoo | [Dak Jjot Dun Gae] Chicken Chasing Dog (feat. Kim Young Suk) | iN'oohwa | PA 1-673-422 | Dada Music |
| iNoo | [Song Choong Eeh] Pine Catepillar | iN'oohwa | PA 1-673-422 | Dada Music |
| iNoo | [To Kki Wa Guh Book Eeh] The Rabbit and the Turtle | iN'oohwa | PA 1-673-422 | Dada Music |
| iNoo | Flying Elephant | iN'oohwa | PA 1-673-422 | Dada Music |
| iNoo | [Ha Eeh Yan Go Yang Eeh Piano We Eh Suh] White Cat on the Piano | iN'oohwa | PA 1-673-422 | Dada Music |
| J.ae | No.5 (Rap feat.Eun JiWon) | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | [Gnh Jit Mar] Lie | Sentimental | PA 1-674-065 | Paragon Music Corporation |

| | | | | |
|---|---|---|---|---|
| J.ae | ShaReuReu (I Wanna be Your Love) (feat. Jung Yup) | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | [Kkeut Eul Mar Har Soon Up Uh Do] Can't Say it's Over (feat. MBLAQ 'Zio') | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | Angel's Disguise (From Coreana Cosmetics OVLEAU TV Commercial) | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | [Nur Sa Rang Het Eul Kka?] Did I Love You? | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| J.ae | Love | Sentimental | PA 1-674-065 | Paragon Music Corporation |
| LeeSSang | Intro (Hexagonal) (feat. Enzo.B) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Woo Ri Ji Geum Man Na] Let's Meet Now (feat. Chang Kiha & The Faces) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [HaeUhJiJiMotHaNeun YuhJa, Ttuh NaGaJiMotHaNeunNa mJa) Can't Breakup Girl, Can't Breakaway Boy (feat. Jung In) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Carousel (feat. Lee Juk) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Byun Hae Ga Nae) Changing (feat. Jung In) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Bu Suh Jin Dong Nae) Shattered Neighborhood (feat. Lucid Fall) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | [Il Tuh) Workplace (feat. Bizzy) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Journey (feat. Casker) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Dying Freedom (feat. Kim Bada) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Skit - [Bur Chik] Penalty | Hexagonal | PA 1-673-512 | Jungle Entertainment |

| | | | | |
|---|---|---|---|---|
| LeeSSang | [Woon Myung] Fate (feat. Malo) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Run (feat. YB) | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | To. LeeSSang | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Canvas | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| LeeSSang | Skit - [Nae Mom Eun Nuh Reul Ji Wot Da] My Body Erased You | Hexagonal | PA 1-673-512 | Jungle Entertainment |
| Plastic People | [Woo Ri Deul Eu Yeo Reum] Our Summer | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Yeo Gi Juh Gi] Here and There | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Geu Neul Eh Seo Seo] Standing in the Shade | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Go Deh Ha Dun Il Yo Il] The Sunday I Was Waiting For | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Coffee wa Dam Bae] Coffee and Cigarettes | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Gu Reum Gae Eu Reum Min Yo] Lazy Cloud Folk Song | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Geu Rae] Alright | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [No Rae Ha Neun DaI] Singing Moon | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Bi Sang] Fly High | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Yuk Sa] History | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Yuk Sa] History | Snap | PA 1-673-410 | Electric Muse |
| Plastic People | [Heuk Baek Sa Jin] Monochrome Photo | Snap | PA 1-673-410 | Electric Muse |
| P-Type | Intro | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [Bi Leul We Han Ballad] Ballad for Rain (feat. Gina) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Happy People (feat. Soulman) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Music City (feat. Ali) | The Vintage | PA 1-673-384 | Foundation Records |

| | | | | |
|---|---|---|---|---|
| P-Type | A Long Time Ago (feat. Heritage) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Interlude | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [Soo Kut] Male (feat. Park Gwangsoo) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [Jur Eum Nar Eu Cho Sang] Portraits of Youth (feat. Koonta & Lee Inkwan) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [So Na Gi] Sudden Shower (feat. Soulman) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [Hoo Yoo Jeung] Aftermath (feat. Jeongin & Lee Inkwan) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Poetry Sayer | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Skit | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [Bi Leul Weeh Han Ballad] Ballad for Rain (Instrumental) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Skit | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [So Na Gi] Sudden Shower (Instrumental) | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | Skit | The Vintage | PA 1-673-384 | Foundation Records |
| P-Type | [Soo Kut] Male (Instrumental) | The Vintage | PA 1-673-384 | Foundation Records |
| Sister's Barbershop | [Ga Jang Bo Tong Eu Jon Jae] Most Ordinary Existence | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [Nuh Neun Ak Ma Ga Dwe Uh Ga Go It Neun Ga?] Are You Turning into a Devil? | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [Ah Reum Da Woon Gut] Beautiful Thing | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [Jak Eun Ma Eum] Tiny Heart | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [Eu Wae Eu Sa Shil] Unexpected Truth | Most Ordinary Existence | PA 1-673-513 | 55am Net |

| Sister's Barbershop | Alibi | Most Ordinary Existence | PA 1-673-513 | 55am Net |
|---|---|---|---|---|
| Sister's Barbershop | [Baek Nyun Dong Ahn Eu Jin Shin] The Truth over 100 Years | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [In Saeng Eun Geum Moor] Life Is a Taboo | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [Na Neun] I Am | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [San Deul San Deul] Gently, Gently | Most Ordinary Existence | PA 1-673-513 | 55am Net |
| Sister's Barbershop | [Ah Reum Da Woon Gut] Beautiful Thing (Radio Edit) | Most Ordinary Existence | PA 1-673-513 | 55am Net |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the below-entitled cause. I am employed by a member of the Bar of the United States District Courts of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On May 21, 2012, I served the:

JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION

[PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION

for the following civil action:

DFSB Kollective Co. Ltd., et al. v. Michael Jenpoo, et al.

on the following interested parties in this action:

Yanwei Xiao
d/b/a Jenpoo.com
316 King Street North, Apt. 903
Waterloo, Ontario N2J 2Z2
CANADA

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on May 21, 2012, at Glendale, California.

_Katrina Bartolome_
Katrina Bartolome